■ In the Matter of RICHARD K., a Person Alleged to be a Juvenile Delinquent, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, McNally and Tilzer, JJ.